UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH SHAWN BAGGETT, | ) | Case No. CV 06-1597 JC |
| Petitioner, | ) | |
| v. | ) | |
| WARDEN WOODRING, et al., | ) | JUDGMENT |
| Respondents. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed as moot.

DATED: March 13, 2009

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE